CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 2 6 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN C. JONES, SR., #360469,<br>Petitioner, | )<br>)<br>) Civil Action No. 7:07cv00106 |
| v. | )<br>) **FINAL ORDER** |
| WARDEN CAROL WALLACE,<br>Respondent. | )<br>) By: Jackson L. Kiser<br>) Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that

1) Jones' motion for voluntary dismissal of three claims [Docket #7] is **GRANTED**;

2) Respondent's motion to dismiss is **DENIED**;

3) Respondent is directed to file a response to the merits of these claims within twenty (20) days.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

ENTER: This 26th day of June, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge