CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKs
AUG 0 6 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BRIAN C. JONES, SR., #360469, ) | |
| Petitioner, ) | Civil Action No. 7:07cv00106 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| WARDEN CAROL WALLACE, ) | By: Jackson L. Kiser |
| Respondent. ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Jones' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 6th day of August, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge